UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NATIONAL STABILIZATION AGREEMENT
OF SHEET METAL INDUSTRY
TRUST FUND, et al.
    Plaintiffs

v.

NORTH EAST AIR BALANCING, et al.
    Defendants

M.P. No. **04 MBD 10132**

### ENTRY OF APPEARANCE

James D. Vannah, Esq. and the law firm of MacAdams & Wieck Incorporated hereby enter their appearance on behalf of the Plaintiffs in the above-referenced matter,

and requests that a copy of all pleadings and a notice of all proceedings be forwarded to the undersigned.

          Plaintiffs,

          National Stabilization Agreement of Sheet Metal Industry Trust Fund, et al.

          By its attorneys,

          _____
          James D. Vannah, Esq. #650601
          MacAdams & Wieck Incorporated
          101 Dyer Street, Suite 400
          Providence, RI  02903
          Phone: (401) 454-8700
          Fax: (401) 454-8755
          Dated:  4/30/04