AO 451 (Rev. 12/93) Certification of Judgment

04 MBD 10132

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __Virginia__

Sheet Metal Workers' National Pension Fund, et al.

V.

North East Air Balancing, et al.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: 03-956-A

I, __Elizabeth H. Paret__, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action __02/09/04__, as it appears in the records of this court, and that
Date

\* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

__April 7, 2004__
Date

*Elizabeth H. Paret,* Clerk

_____
Clerk

*Colleen Lavoie*
(By) Deputy Clerk

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>NORTH EAST AIR BALANCING, et al.,<br><br>Defendants. | Civil Action No. 03-956-A |

### ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated December 19, 2003. No objections to the Report and Recommendation have been filed with the Court. This case came on for hearing on December 5, 2003, on Plaintiffs' motion for entry of default judgment against the Defendants. Based on a de novo review of the evidence in this case, the Court adopts the findings and conclusions of the Magistrate Judge and it is hereby,

ORDERED that Plaintiffs' motion for default judgment is GRANTED; judgment is entered AGAINST Defendants; and Plaintiffs are, collectively, entitled to recover the following: $1,102.40 in unpaid contributions; $190.68 in accrued interest through December 5, 2003; $1,990.40 in liquidated damages; $625.11 in

contractual late fees; and $5,910.89 in reasonable attorneys' fees and costs; and it is further

ORDERED that Defendants (1) file remittance reports and make payments due, within twenty (20) days of the date of this Order, for the period of July 2002 through October 2003, and for all other periods for which they are obligated until the expiration of the current collective bargaining agreement and extensions thereto; (2) permit Plaintiffs to conduct an audit of Defendants' wage, payroll and personnel records, within twenty (20) days of the date of this Order; (3) shall pay all additional unpaid contributions, all interest, and liquidated damages on unpaid contributions, and all costs of the audit, should the audit reveal unreported hours and that additional contributions are due; and (4) are restrained and enjoined, along with their officers, agents, servants, employees, attorneys, and all persons acting on their behalf or in conjunction with them, from refusing to file complete, proper, and timely remittance reports with accompanying contributions for all periods for which Defendants are obligated to do so under current and future collective bargaining agreements.

If further action is required to enforce and collect this judgment, Plaintiffs may apply to this Court or to the court in which enforcement is sought for further reasonable attorneys' fees and costs in addition to those set out in this Order.

_Claude M. Hilton_
CHIEF UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February __9__, 2004

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _Colleen Lavoie_
DEPUTY CLERK