UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 10 A 11: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

SHEET METAL WORKERS'
NATIONAL PENSION FUND, et al.
    Plaintiffs

v.

North East Air Balancing, et al.
    Defendants

M.P. No. 04 MBD 10132

### WITHDRAWAL/ENTRY OF APPEARANCE

James D. Vannah, Esq. hereby individually withdraws his appearance on behalf of the Plaintiffs in the above referenced matter; Richard L. Gemma, Esq. of the law firm of MacAdams & Wieck Incorporated hereby enters his appearance on behalf of the Plaintiffs and requests that a copy of all pleadings and notices be forwarded his attention.

Plaintiffs,
By Their attorneys,

James D. Vannah, Esq. #650601
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
Phone: (401) 454-8700
Fax: (401) 454-8755
Dated: 6/18/04

Richard L. Gemma, Esq. #553880
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
Phone: (401) 454-8700
Fax: (401) 454-8755
Dated: 6/18/04

## CERTIFICATION

I hereby certify that on the 9th day of June 2004, I delivered a copy of the within by regular mail, postage prepaid, to Defendants North East Air Balancing, 5 Mount Vernon Avenue, Billerica, MA 01821-1112; Keith Dennehy, 5 Mount Vernon Avenue, Billerica, MA 01821-1112; and to Sharon Dennehy, 5 Mount Vernon Avenue, Billerica, MA 01821-1112.

*Valerie J. Burrus*

\\MWLAWNTS01\WORK\Sheet Metal Workers\North East Air\Pleadings\Withdrawal-Entry of Apprearance 060704.doc